# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| STEPHEN SEYMOUR, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | Civil Action No. 3:16-cv-03039 |
| v. ) | |
| ) | Trial Judge Richardson |
| LQ MANAGEMENT, LLC, et al., ) | Magistrate Judge Newbern |
| ) | |
|     Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff dismisses with prejudice all claims raised by the Plaintiff against all Defendants in the above-styled case. The costs of these proceedings shall be taxed equally between Plaintiff and Defendants, for which execution may issue, if necessary.

Respectfully submitted,

**WILLIAM B. HICKY, ATTORNEY AT LAW**

/s/ William B. Hicky
William B. Hicky (BPR No. 25452)
Two American Center
3102 West End Avenue, Suite 400
Nashville, TN 37203
E-mail:    will@hickylaw.com

**LEWIS LAW GROUP**

/s/ George Lewis
George L. Lewis (GA Bar No. 450377)
P.O. Box 61509
Savannah, GA 31420
E-mail:    george@lewislawgroup.net
*Attorneys for Plaintiff*

BAKER, DONELSON

/s/ Samuel T. Bowman
Samuel T. Bowman (BPR No. 20657)
Sarah D. Murray (BPR No. 33454)
211 Commerce Street, Suite 800
Nashville, TN 37201
E-mail:sbowman@bakerdonelson.com
E-mail:smurray@bakerdonelson.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing has been filed electronically and has been served upon the following parties in interest via the Court's ECF system:

Samuel T. Bowman
Sarah D. Murray
BAKER, DONELSON
211 Commerce Street, Suite 800
Nashville, TN 37201
E-mail:    sbowman@bakerdonelson.com
E-mail:    smurray@bakerdonelson.com
*Counsel for Defendants*

this, the 15th day of February, 2019.

      /s/William B. Hicky
      William B. Hicky