UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Stephen Seymour

        Plaintiff,

v.              Case No.: 3:16–cv–03039

LQ Management, LLC, et al.

        Defendant,

## ENTRY OF JUDGMENT

 Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 2/15/2019 re [56].

                      Clerk of Court
                   s/ Greg Bowersock, Deputy Clerk